[Nos. 5110–II; 5453–II; 5791–II.   Division Two.   January 12, 1982.]

*In the Matter of the Marriage of* MARY CATHERINE
HALVORSEN, *Appellant, and* ALBERT
HALVORSEN, *Respondent.*

Appeals from judgments of the Superior Court for King
County, No. D–80812, Jack P. Scholfield and Gerard M.
Shellan, JJ., entered November 30, 1979, March 3 and
August 4, 1981. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4228–6–III.   Division Three.   January 12, 1982.]

JOHN W. CALEY, *Appellant,* v. I.L.G. INDUSTRIES,
INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Benton County, No. 32924, Robert S. Day, J., entered
October 16, 1980. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4412–2–III.   Division Three.   January 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ALTON
FILAN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 62084, Yancey Reser, J., entered Febru-
ary 23, 1981. *Affirmed* by unpublished per curiam opinion.

[No. 5006–4–II.   Division Two.   January 13, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
PETER VERSOLENKO, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 55634, James V. Ramsdell, J., entered Sep-
tember 2, 1980. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Petrich, A.C.J., and Petrie, J.